BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:12-CV-00681-AWI-MJS |
|---|---|
| Plaintiff, | ) **FINAL JUDGMENT OF FORFEITURE** |
| v. | ) |
| APPROXIMATELY $31,469.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $31,469.00 in United States Currency, originally seized from various locations connected to the operation of B&C Natural Things, a marijuana retail store (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 30, 2012, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On May 2, 2012, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on June 14, 2012.

4. Beginning on May 2, 2012, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to public notice of the action on the official internet government

forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Robert D. Dodson

    b. Erik Christopher Stacy

    c. Charles Lee Kisor

    d. B&C Natural Things, c/o Erik Christopher Stacy, President

    e. James R. Homola, attorney for Robert D. Dodson

    f. Joseph F. Walsh, criminal defense attorney for Erik Christopher Stacy

    g. Allison Brandi Margolin, criminal defense attorney for Charles Lee Kisor

    h. James Raza Lawrence, criminal defense attorney for Charles Lee Kisor

6. To date, no claims have been filed in the instant matter, and the time to do so has expired.

7. The instant case is related to the criminal prosecution of Robert Davis Dodson, Jr., Erik Christopher Stacy, and Charles Lee Kisor, et al. in United States v. Erik Christopher Stacy, et al., Case No. 1:10-CR-00176-AWI, as well as United States v. $25,522.33 in U.S. Currency seized from Dessert Valleys FCU Account 26596, held in the name of B&C Natural Things, 1:10-CV-01368-GSA.

8. The criminal action concluded on February 17, 2012, when the court entered judgments of conviction and sentence against Robert Davis Dodson, Jr., Erik Christopher Stacy and Charles Lee Kisor.  Pursuant to each defendant's plea agreement, Robert Davis Dodson, Jr., Erik Christopher Stacy and Charles Lee Kisor, each defendant consented to the forfeiture of the any funds related to their criminal actions, and agreed to not file a claim in any civil proceeding which may be initiated.  (See Docs # 70, 71, 72 in United States v. Erik Christopher Stacy, et al., Case No. 1:10-CR-00176-AWI.)

9. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Robert Davis, Dodson, Jr., Erik Christopher Stacy, Charles Lee Kisor, and B&C Natural Things on June 20, 2012.  Pursuant to Local Rule 540, the United States and Potential Claimants Donna E. Dodson and Robert D. Dodson, Jr. thus join in a request that as part of

this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interests, if any, of Erik Christopher Stacy, Charles Lee Kisor, and B&C Natural Things.

10. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Potential Claimants Robert Davis Dodson, Jr., Donna E. Dodson, Erik Christopher Stacy, Charles Lee Kisor, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, $30,869.00 of the defendant approximately $31,469.00 in U.S. Currency, together with any interest that may have accrued on the full amount of the defendant approximately $31,469.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Within 45 days of entry of a Final Judgment of Forfeiture, $600.00 of the defendant approximately $31,469.00 in U.S. Currency, shall be returned to Potential Claimants Donna E. Dodson and Robert D. Dodson, Jr. by and through their attorney of record, James R. Homola at 2950 Mariposa, Suite 250, Fresno, CA 93721.

5. That the United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in

the Complaint filed on April 30, 2012, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California, Hon. Anthony W. Ishii, Chief District Court Judge, shall retain jurisdiction to enforce the terms of this stipulation.

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed April 30, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   August 18, 2012                              _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE